STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOAQUIN CANCEL MONTALVO  
DIVINA LLANERA ROMAN    Chapter 13

Case No. 10-09215-ESL

Attorney Name: JOSE PRIETO CARBALLO ESQ*

### I. Appearances
- Debtor [✓] Present [ ] Absent
- Joint Debtor [✓] Present [ ] Absent
- Attorney for Debtor [✓] Present [ ] Absent
- [ ] Pro-se
- [ ] Substitute _____

Date: December 02, 2010  
Time: 8:14 am    Track: _____  
[ ] This is debtor(s) 1st Bankruptcy filing.  
Liquidation Value: $11,000 —  
Creditors  
none

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided
- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
  - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate

- [ ] DSO Recipient's information
- [ ] State Tax Returns n/a [ ] Returned *
- [ ] Federal Tax Returns _____ [ ] Returned
- [ ] Evidence of income (60 days prior to petition)

* doc see registrate since 1992

### IV. Status of Meeting
[✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE  
[✓] UNFAVORABLE

- [ ] Feasibility
- [✓] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)

- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
  - [ ] State - years _____
  - [ ] Federal - years _____

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
  - [ ] Missing    [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
  - [ ] Incomplete [ ] Missing
  - [ ] Fails commitment period [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
  - [ ] Missing [ ] More than 180 days
  - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOAQUIN CANCEL MONTALVO  
DIVINA LLANERA ROMAN  

Case No. 10-09215-ESL  
Chapter 13   Attorney Name: JOSE PRIETO CARBALLO ESQ*

---

VI. Plan (Cont.)
  Date: September, 30, 2010  Base $ 11,100.00  [X] Filed   Evidence of Pmt shown: _____
  Payments __1__ made out of __2__ due.   [ ] Not Filed

VII. Confirmation Hearing Date: December, 1, 2010

VIII. Attorney's fees as per R. 2016(b)
  $3,000.00 - $ 326.00 = $ 2,674.00

IX. Documents to be provided w/in ____ days

[✓] Amended schedules  I  
[ ] Insurance estimate  
[ ] Assumption/Rejection executory contract  
[ ] Appraisal  
[ ] State tax returns years ____  
[ ] Federal tax returns years ____  
[ ] Correct SS # (Form B21)  
  [ ] Debtor  [ ] Joint debtor  
[ ] Other:  

[ ] Amended S.O.F.A.  
[ ] Amended plan  
[ ] Business Documents  
  [ ] Monthly reports for the months  
[ ] Public Liability Insurance  
[ ] Premises ____  
[ ] Vehicle(s) ____  
[✓] Licenses issued by: Treasury - IVU.

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); ____
[ ] Other: ____

COMMENTS

① Amend Sched I to add $350.00 as rental income. Debtor testifies his daughter does not provide them with $800 a month, but with $400. Consequently this poses a feasibility issue since it is $50.00 less income and the payment is $185.00. ② Provide description for both properties listed in schedule A. ③ Debtors will delete tax refund provision from plan. Debtors do not have unsecured debts.

_____  
Trustee/Presiding Officer

Date: December 02, 2010
(Rev.